FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 0 6 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 23-1770 JB |
| vs. | ) Counts 1 and 2: 18 U.S.C. § 2422(b): |
| **ADRIAN PUENTES**, | ) Coercion and Enticement of a Minor. |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

Count 1

From on or about June 29, 2021, and continuing to on or about December 1, 2021, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendant, **ADRIAN PUENTES**, using any facility of interstate and foreign commerce, knowingly persuaded, induced, enticed, and coerced, and attempted to knowingly persuade, induce, entice, and coerce, Jane Doe 1, who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense.

In violation of 18 U.S.C. § 2422(b).

Count 2

From on or about October 19, 2021, and continuing to on or about March 23, 2023, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendant, **ADRIAN PUENTES**, using any facility of interstate and foreign commerce, knowingly persuaded, induced, enticed, and coerced, and attempted to knowingly persuade, induce, entice, and coerce,

Jane Doe 2, who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense.

In violation of 18 U.S.C. § 2422(b).

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 2422, the defendant, **ADRIAN PUENTES**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2428: any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violation; and any property, real or personal, constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violation. The property to be forfeited includes, but is not limited to, the following:

1. PERSONAL PROPERTY

    a. A black Samsung cellular phone with serial number: IMEI-35899769556873;

    b. A blue One Plus cellular phone with serial number: IMEI-99001711675148;

    c. A black LG cellular phone with serial number: IMEI-352411432374653.

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

Nora Wilson
Assistant United States Attorney