AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

United States of America
v.

ADRIAN PUENTES
*Defendant*

Case No. CR 23-1770 JB

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  ADRIAN PUENTES,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-2: 18 U.S.C. § 2422(b): Coercion and Enticement of a Minor.

Date: 12/06/2023

*Issuing officer's signature*

City and state: Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 12/6/2023, and the person was arrested on *(date)* 12/18/2023
at *(city and state)* Albuquerque, New Mexico.

Date: 12/18/2023

*Arresting officer's signature*

TFO Vincent Harrison
*Printed name and title*