AO 442 (Rev. 11/11) Arrest Warrant

**FILED**
**UNITED STATES DISTRICT COURT**
ALBUQUERQUE, NEW MEXICO

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

DEC 18 2023

**MITCHELL R. ELFERS**
**CLERK**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   CR 23-1770 JB |
| | ) | |
| | ) | |
| ADRIAN PUENTES | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ADRIAN PUENTES                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ❏ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

Counts 1-2: 18 U.S.C. § 2422(b): Coercion and Enticement of a Minor.

Date:    12/06/2023

*Issuing officer's signature*

City and state:    Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/6/2023 , and the person was arrested on *(date)* 12/18/2023 at *(city and state)* Albuquerque, New Mexico . |

Date:   12/18/2023

*Arresting officer's signature*

TFO Vincent Harrison
*Printed name and title*